Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Christian_lassiter @fd.org

*Attorney for Petitioner Cristian Linares Trevino

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cristian Linares Trevino,<br><br>Petitioner,<br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02837-RFB-DJA<br><br>**Stipulation to Extend Time to File Amended Petition and Briefing Schedule (First Request)** |

Petitioner Cristian Linares Trevino and Respondents, John Mattos, *et al.*, through undersigned counsel, hereby submit this Stipulation for an Extension of Time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline two weeks to October 13, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended to correspond with the initial filing of an amended petition.

This extension is warranted because counsel for Petitioner, Assistant Federal Public Defender Christian Bryan Lassiter requires additional documentation of additional proceedings that may have a significant impact on the legal arguments proffered by the Petitioner. Mr. Lassiter is requesting additional time to meet with Mr. Linares Trevino, investigate these additional proceedings, review discovery

provided by the Respondents in relation to these proceedings, and prepare the amended petition.

Currently, the amended petition is due today, September 29, 2026. This is the first stipulation for an extension of time. Upon an initial review of the case, Mr. Lassiter is confident that he can prepare the amended petition within the proposed extended time-period.

On September 29, 2026, undersigned counsel conferred with counsel for Respondents, Special Assistant United States Attorney Martin A. Mayer. SAUSA Martin agreed to this stipulation and amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as follows:

1. Amended Petition: Due October 13, 2026
2. Respondents' Response: Due October 20, 2026
3. Petitioner's Reply: Due October 27, 2026

Respectfully submitted this 29th day of September 2026.

Rene L. Valladares
Federal Public Defender

*/s/Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 13, 2026.